HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS E. PEREZ, in his capacity as Secretary of the United States Department of Labor,

  Plaintiff,

   v.

LUKAS MACHINE, INC., et al.,

  Defendants.

CASE NO. C14-555RAJ

ORDER

Plaintiff today filed a "Request" for entry of default against Defendants Brenda Lukas-Jones and Lukas Machine, Inc.  Dkt. # 30.  Plaintiff neither titled the "Request" a motion in accordance with Local Rules W.D. Wash. LCR 55(a) nor used the court's electronic filing system to note it as a motion.  The court will take no action on the "Request."

If Plaintiff chooses to file a motion for entry of default, the court orders Plaintiff to comply with the notice provisions of LCR 55(a), which require at least 14 days advance notice of a motion to default to a "defaulting party who has entered an appearance." Neither of these Defendants has entered a notice of appearance, but Ms. Lukas-Jones has at least indicated her intent to defend herself, as the court noted in its April 29 order imposing a preliminary injunction.  Dkt. # 28.  Rather than put at issue whether Ms.

ORDER – 1

Lukas-Jones's minimal participation in this action constitutes an "appearance," the court directs Plaintiff to treat Ms. Lukas-Jones as if she had entered an appearance.

Dated this 23rd day of May, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2